**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

HILDA BUCKLEY                                                                                           PLAINTIFF

v.                                          No. 4:10CV02009 JLH

UNIVERSITY OF ARKANSAS
BOARD OF TRUSTEES                                                                           DEFENDANT

## JUDGMENT

On the 7th day of February, 2012, this matter came before the Court for trial by jury. The plaintiff, Hilda Buckley, appeared in person and with her attorneys, Shawn G. Childs and Corey E. Thomas. The defendant, the University of Arkansas Board of Trustees, appeared through its corporate representative, Audrey Bradley, and its attorneys, Mark A. Hagemeier and Lucie Ingram. Both parties announced ready for trial. A jury of twelve was duly selected and sworn.

At the conclusion of all of the evidence and after having heard instructions on the law, on February 9, 2012, the jury returned a verdict as follows:

1. Complete the following sentence by writing either "did" or "did not" in the space provided.

    On the race discrimination claim of Hilda Buckley, as submitted in Instruction No. 5, we find that race ___*did not*___ play a part in the decision to discharge Hilda Buckley.

    Answer question No. 2 only if the above finding is that race *did* play a part in the decision to discharge Hilda Buckley. If the above finding is that race *did not* play a part in the decision to discharge Buckley, skip to question No. 3.

2. Has it been proved that UAMS would have discharged Hilda Buckley regardless of her race?
    _____ Yes        _____ No
    (Mark an "X" in the appropriate space)

3. On the retaliation claim of Hilda Buckley, as submitted in Instruction No. 7, we find in favor of ___*UAMS*_____.
    (Hilda Buckley) or (UAMS)

If you answered "did" on question No. 1 and "no" on question No. 2, or if you found in favor of Hilda Buckley on question No. 3, then you must answer questions No. 4 and No. 5.

4. We find Hilda Buckley's lost wages and benefits through the date of this verdict to be:
   $_____     (state the amount or, if none, write the word "none").

5. We find Hilda Buckley's other damages, excluding lost wages and benefits, to be:
   $_____     (state the amount or, if you find that Hilda Buckley's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

| _02-09-12_ | /s/ *[foreperson]* |
|---|---|
| DATE | FOREPERSON |

Judgment is therefore entered in favor of the University of Arkansas Board of Trustees on the claims of Hilda Buckley. The complaint of Hilda Buckley is dismissed with prejudice.

IT IS SO ORDERED this 9th day of February, 2012.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

2